1
2
3                                          JUDGE BURGESS
4              UNITED STATES DISTRICT COURT
5           WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | | |
|---|---|---|
| 6  UNITED STATES OF AMERICA, | ) | |
|    | ) | NO.  CR06-5129FDB |
| 7       Plaintiff, | ) | |
|    | ) | ORDER GRANTING PRETRIAL |
| 8  vs. | ) | MOTIONS CUTOFF DATE |
|    | ) | |
| 9  JESUS ESQUIVEL-PEREZ, | ) | |
|    JOSE ANTONIO HERNANDEZ-HAVA, | ) | |
| 10 JOSE DOLORES CANO, | ) | |
|    | ) | |
| 11      Defendants. | ) | |
| 12 _____ | ) | |

13       THIS MATTER having come on regularly before the above-entitled Court upon the Motion of

14  Defendant, JESUS ESQUIVEL-PEREZ, for continuance of the pretrial motion cutoff date in this

15  proceeding, the Court finding that a continuance is appropriate to allow further discussion between

16  Defendant and counsel and necessary consultation among defendants concerning the filing of pretrial

17  motions, now, therefore, it is hereby

18  //

19  //

20

21

Order Granting Pretrial Motions Cutoff Date

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL:  TomC55@nventure.com

1

2

3     ORDERED that the pretrial motions cutoff date is continued from Thursday, March 16, 2006 to

4  Thursday, March 30, 2006.

5     DONE this 27th day of March, 2006.

6

7

8

9

10

11

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

12

13

14

15

16
Presented by
17  /s/ Thomas A. Cena, Jr._____
THOMAS A. CENA, JR., WSBA NO. 6539
18  Attorney for Defendant Jesus Esquivel-Perez

19

20

21

Order Granting Pretrial Motions Cutoff Date

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com